IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

CONNOR, DANNY JOE #191350 )
(full name)      (Register No).  )
_____ )
_____ )
                                )   SCANNED at CRCC and E-mailed
                                )   4-17-15 by BH . 8 pages
                                )   date   initials  No.
                                )
                                )   Case No. _____
           Plaintiff(s).        )
                                )
v.                              )
                                )
                                )
C/O 1 Box                       )   Defendants are sued in their (check one):
(Full name)                     )   ✓ Individual Capacity
_____ )   ___ Official Capacity
_____ )   ___ Both
           Defendant(s).

**COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983**

I. Place of present confinement of plaintiff(s): _____
   CROSSROADS CORRECTIONAL CENTER 1115 E. PENCE RD. CAMERON, MO. 64429

II. Parties to this civil action:
    Please give your commitment name and any another name(s) you have used while incarcerated.

    A. Plaintiff CONNOR, DANNY J         Register No. 191350
       Address CROSS ROADS CORRECTIONAL CENTER
       1115 E PENCE RD., CAMERON MO. 64429

    B. Defendant C/O 1 BOX
       Is employed as CORRECTIONAL OFFICER 1 AT SOUTH CENTRAL CORRECTIONAL
       CENTER, 255 W. HWY 32, LICKING, MO. 65542

    For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes ✓ No ____

IV. Do you request a jury trial? Yes ____ No ✓

V. Do you request money damages? Yes ✓ No ____

State the amount claimed? $ 500,000. / _____ (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ____

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes ✓ No ____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ____ No ✓

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
I WAS TOLD TO GREIVANCE WHEN I WAS RELEASED FROM THE HOLE. ONCE RELEASED FROM THE HOLE I WAS TOLD IT IS TO LATE TO FILE GREIVANCE ON THIS ISSUE. THAT I ONLY HAD 15 DAYS FROM INCIDENT OCCURRED.

D. If you have not filed a grievance, state the reasons. N/A

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ____ No X

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ____ No X

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____N/A_____
            (Plaintiff)         (Defendant)
(2) Date filed: _____

2

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
                    (Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____
                              (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

I WENT TO MAIN LINE AT NOON MEAL. I GOT AN TRAY THE FOOD WAS COLD SO I WAS TALKING TO C/O 1 BOX AND ASKED HIM IF I COULD GET ANOTHER TRAY. THEN C/O 1 BOX TOOK ABOUT THREE STEPS BACK AWAY FROM ME. AT I WAS STRUCK FROM BEHIND IN MY LEFT JAW. I WAS KNOCKED OUT FROM THE BLOW AND HIT THE FLOOR ON MY LEFT SIDE AND BUSTED MY HEAD OPEN. C/O 1 BOX'S WAS STANDING BY THE FOOD PORT WINDOW ON THE OUTSIDE OF WINDOW AND RAILING. I WOKE UP IN HOSPITAL IN HOUSTON MO. 5½ HRS LATER TO GET MY HEAD STAPLED

B. State briefly your legal theory or cite appropriate authority:

THAT C/O 1 BOX SEEN WHAT WAS FIXING TO HAPPEN TO ME, WHICH MADE HIM STEP BACK AWAY FROM ME. WHICH HE CLEARLY SHOWS FAILURE TO PROTECT ME FROM KNOWING HARM. THERE IS THREE CAMERA VIEW OF THIS ACT BY C/O 1 BOX

3

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

THAT ~~DAMAGE~~ MONEY DAMAGES BE AWARDED TO ME FOR FAILURE TO PROTECT AND FROM DAMAGE I HAVE RECEIVED FROM SAID INJURY. AND THAT C/O 1 BOX BE REMOVED FROM WORKING FOR IN ANY WAY FROM D.O.C.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes ___  No  X

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes ___  No  X

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 6 day of APRIL 20 15.

*Danny J. Conner*
Signature(s) of Plaintiff(s)

4